# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:18-mj-340-DCK |
| | ) | |
| v. | ) | |
| | ) | |
| MARK ELLIOT HELLMAN | ) | **ORDER** |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the *pro se* "Affidavit Of Mark Eliot Hellman; Motion For Return Of Personal Property; Motion To Dismiss" (Document No. 17) filed December 18, 2018. The undersigned notes that, according to the docket, Defendant is represented by CJA appointed counsel, Richard Eugene Beam, Jr. It is the practice of the Court that when a Defendant is represented by counsel, all motions should be filed through counsel of record.

**IT IS THEREFORE ORDERED** that the *pro se* "Affidavit Of Mark Eliot Hellman; Motion For Return Of Personal Property; Motion To Dismiss" (Document No. 17) is hereby **DENIED WITHOUT PREJUDICE**. Defendant may re-file his motion, if desired, through his counsel, Richard Eugene Beam, Jr.

Signed: December 19, 2018

David C. Keesler
United States Magistrate Judge