# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:18-MJ-340-DCK-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MARK ELLIOT HELLMAN ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Affiant Of Mark Eliot Hellman; Motion To Dismiss; Motion For Return Of Personal Property Motion To Dismiss" (Document No. 19) filed December 19, 2018. The undersigned observes that Defendant filed a nearly identical motion on December 18, 2018, that was denied without prejudice on December 20, 2018. See (Document Nos. 17 and 18).

The undersigned again notes that, according to the docket, Defendant is represented by CJA appointed counsel, Richard Eugene Beam, Jr. See (Document No. 18). It is the practice of the Court that when a Defendant is represented by counsel, all motions should be filed through counsel of record.

**IT IS THEREFORE ORDERED** that Defendant's "Affiant Of Mark Eliot Hellman; Motion To Dismiss; Motion For Return Of Personal Property Motion To Dismiss" (Document No. 19) is **DENIED WITHOUT PREJUDICE**. Defendant may re-file his motion, if desired, through his counsel, Richard Eugene Beam, Jr.

Signed: December 20, 2018

David C. Keesler
United States Magistrate Judge